The Hon. Judge James L. Robart

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-01686-JLR |
| Plaintiff, | STIPULATED MOTION FOR RELIEF FROM DEADLINE PURSUANT TO LCR 7(j) AND 10(g) |
| v. | |
| NORTHWEST TRUSTEE SERVICES, INC., | NOTE ON MOTION CALENDAR: January 12, 2018 |
| Defendant. | |

## I. RELIEF REQUESTED

Plaintiff United States of America and Defendant Northwest Trustee Services, Inc. jointly request a one-week extension of the deadline to submit the Joint Status Report from January 12, 2018 to January 19, 2018.

## II. FACTS

On December 22nd, 2017, counsel for the parties met and conferred pursuant to CR 26(f) to discuss the topics identified in the Joint Status Report. Defendant Northwest Trustee Services, Inc. has since retained a new attorney to act as lead counsel in this matter.

## III. ARGUMENT

Pursuant to LCR 7(j), the parties jointly request an extension of one week to file the Joint Status Report.

STIPULATED MOTION FOR RELIEF FROM DEADLINE
PURSUANT TO LCR 7(J) AND 10(G)
CASE NO. 17-01686-JLR
PAGE 1 OF 2

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 12th day of January, 2018.

**RCO LEGAL, P.S.**

/s/ *Janaya L. Carter*
Janaya L. Carter, WSBA #32715
Attorneys for Defendant Northwest Trustee Services, Inc.

**SAMEENA SHINA MAJEED**
Chief
Housing and Civil Enforcement Section

/s/ *Alan A. Martinson*
ELIZABETH A. SINGER
Director, U.S. Attorneys' Fair Housing Program
ALAN A. MARTINSON*
Trial Attorney
Housing and Civil Enforcement Section
U.S. Department of Justice
950 Pennsylvania Avenue, NW – NWB
Washington, DC 20530
Phone: (202) 616-2191
Fax: (202) 514-1116
E-mail: Alan.Martinson@usdoj.gov
* Conditional Admission Granted
Attorneys for Plaintiff
United States of America

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 16 January 2018

The Hon. Judge James L. Robart
United States District Court Judge

STIPULATED MOTION FOR RELIEF FROM DEADLINE
PURSUANT TO LCR 7(J) AND 10(G)
CASE NO. 17-01686-JLR
PAGE 2 OF 2

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131