# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. C17-1686JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NORTHWEST TRUSTEE SERVICES, INC., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court schedules oral argument on Defendant Northwest Trustee Services, Inc.'s pending motions (Dkt. ## 23, 26) for Thursday, May 10, 2018, at 1:30 p.m. In addition to other issues the court may raise, the parties should be prepared to address, in particular, which statute of limitations applies to Plaintiff United States of America's claims.

MINUTE ORDER - 1

Filed and entered this 30th day of April, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2