# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST TRUSTEE SERVICES, INC.,<br><br>Defendant. | CASE NO. C17-1686JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received the parties' second joint status report (Dkt. # 41) regarding their settlement efforts. Based on that report, the court ORDERS the parties to submit a

//

//

//

MINUTE ORDER - 1

third joint status report when they perfect their settlement or no later than 30 days of the date of this order, whichever occurs first.

Filed and entered this 9th day of July, 2018.

                                        WILLIAM M. MCCOOL
                                      Clerk of Court

                                        s/ Ashleigh Drecktrah
                                        Deputy Clerk