1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

UNITED STATES OF AMERICA,

Plaintiff,

v.

NORTHWEST TRUSTEE
SERVICES INC.,

Defendant.

CASE NO. C17-1686JLR

ORDER

15

16

17

18

19

20

21

22

Before the court is the parties' joint status report, in which they request a stay of

all proceedings pending the Superior Court of King County, Washington approving their

settlement agreement. (Status Rep. (Dkt. # 47) at 1-2.) Based on the parties' joint status

report, the court finds good cause to STAY these proceedings until November 7, 2018. If

the Superior Court approves the settlement agreement, the parties will file a voluntary

dismissal of this action no later than November 7, 2018. If the settlement agreement is

//

1  not approved, or if the Superior Court has not ruled, the parties will promptly so notify

2  the court in a joint status report filed no later than November 7, 2018.

3     Dated this 3ʳᵈ day of October, 2018.

4

5     JAMES L. ROBART
      United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22