UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST TRUSTEE SERVICES INC.,<br><br>Defendant. | CASE NO. C17-1686JLR<br><br>ORDER EXTENDING STAY AND VACATING TRIAL DATE AND RELATED DEADLINES |

Before the court is the parties' joint status report, in which they request that the court (1) extend the stay of all proceedings in this matter pending the Superior Court of King County, Washington approving their settlement agreement, and (2) vacate the trial date and related deadlines set forth in the court's scheduling order. (Status Rep. (Dkt. # 49) at 1-2; Sched. Order (Dkt. # 19) at 1-2.) Based on the parties' joint status report, the court finds good cause to EXTEND THE STAY of these proceedings until the Superior Court has ruled on the parties' settlement agreement, and to VACATE the trial

ORDER - 1

date and related deadlines set forth in the court's scheduling order. Within 14 days of the Superior Court's ruling on the settlement agreement, the parties shall file either a voluntary dismissal of this action if the settlement agreement is approved, or a joint status report if the settlement agreement is not approved.

Dated this 8th day of November, 2018.

JAMES L. ROBART
United States District Judge