THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST TRUSTEE SERVICES, INC.,<br><br>Defendant. | Civil Action No. 2:17-cv-01686-JLR<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Note on Motion Calendar:<br>December 21, 2018 |

1. Plaintiff United States of America and Defendant Northwest Trustee Services, Inc. (the "Parties") hereby stipulate to the dismissal of this proceeding under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. On November 9, 2017, the United States filed a Complaint to enforce provisions of the Servicemembers Civil Relief Act ("SCRA"), 50 U.S.C. §§ 3901, et seq.

3. On September 26, 2018, the Parties entered into the attached Settlement Agreement ("Agreement") resolving all issues that were raised in the United States' Complaint.

JOINT STIPULATION OF
DISMISSAL - 1
Civil Action No. 2:17-cv-01686-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 PENNSYLVANIA AVE NW – NWB
WASHINGTON, DC 20530

4. On December 20, 2018, the King County Superior Court, which is overseeing Northwest Trustee Services, Inc.'s receivership proceedings, approved the Agreement.

5. In consideration of, and consistent with the terms of the Agreement, the Parties stipulate to the dismissal of the lawsuit with prejudice, subject to reinstatement during the term of the Agreement upon the United States' motion for the purpose of resolving any claim that Northwest Trustee Services, Inc. materially breached any provision of the Parties' Settlement Agreement, pursuant to Paragraph 29 of the Agreement.

Dated this 21st day of December, 2018.

Respectfully submitted,

|  |  |
|---|---|
| ANNETTE L. HAYES<br>United States Attorney | MATTHEW G. WHITAKER<br>Acting Attorney General<br><br>ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division |
| /s/ Christina Fogg<br>CHRISTINA FOGG, WSBA # 40159<br>Assistant United States Attorney<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>E-mail: christina.fogg@usdoj.gov | SAMEENA SHINA MAJEED<br>Chief<br>Housing and Civil Enforcement Section<br><br>/s/ Alan A. Martinson<br>ELIZABETH A. SINGER<br>Director, U.S. Attorneys' Fair Housing Program<br>ALAN A. MARTINSON*<br>NICOLE M. SIEGEL*<br>Trial Attorneys<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW – NWB<br>Washington, DC 20530<br>Phone: (202) 616-2191 |

JOINT STIPULATION OF
DISMISSAL - 2
Civil Action No. 2:17-cv-01686-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 PENNSYLVANIA AVE NW – NWB
WASHINGTON, DC 20530

Fax: (202) 514-1116
E-mail: Alan.Martinson@usdoj.gov
*Conditional Admission Granted

Attorneys for Plaintiff
United States for America

CARROLL, BIDDLE, & BILANKO, PLLC

By: /s/Jeffrey E. Bilanko

Jeffrey E. Bilanko, WSBA 38829

/s/Susan K. Kaplan
Susan K. Kaplan, WSBA 40985

Carroll, Biddle, & Bilanko, PLLC
801 2nd Avenue, Suite 800
Seattle, WA 98104
Phone: (206) 489-5549
Email: jbilanko@cbblegal.com
Email: skaplan@cbblegal.com

Co-Counsel for Defendant Northwest Trustee Services, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated this 22 NO day of December, 2018.

The Honorable James L. Robart
United States District Judge

JOINT STIPULATION OF DISMISSAL - 3
Civil Action No. 2:17-cv-01686-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
HOUSING AND CIVIL ENFORCEMENT SECTION
950 PENNSYLVANIA AVE NW – NWB
WASHINGTON, DC 20530